*Order Entered June 18, 2002:*

PEOPLE v SCHERF, Docket No. 234661. The May 21, 2002, opinion in this matter has been reviewed pursuant to MCR 7.215(I). A majority of the judges polled have determined that a special panel should not be con-

---

vened to resolve any potential conflict with *People v Hill*, 192 Mich App 54; 480 NW2d 594 (1991). Therefore, a special panel will not convene.

MCDONALD, J., did not participate.